GOLDSMITH & BURN(?)
ATTORNEY FOR THE PLAINTIFF
    18425 BURBANK BLVD., SUITE 708
    TARZANA, CA  91356
    818-708-2585
Attorneys for the Plaintiff

FILED
CLERK, U.S. DISTRICT COURT
AUG 24 1992
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
        Plaintiff,

        v.

CHERRY PARNELL

        Defendant(s).

COURT NO: 92A 20922

DEFAULT JUDGMENT

ENTERED
CLERK, U.S. DISTRICT COURT
AUG 24 1992
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

In the above-entitled action, an affidavit on behalf of the plaintiff satisfying the requirements of Rule 55 having been filed;

IT IS ADJUDGED that the United States of America, plaintiff, do have and recover of and from CHERRY PARNELL the sum of $836.38 as principal, $892.82 as accrued prejudgment interest, $144.88 administrative charges, and $0 costs, plus $385.00 attorney fees for a total amount of $2,259.08, plus interest at the current rate until entry of judgment.

Judgment to accrue interest at the legal rate until paid.

DATED:

                                LEONARD A. BROSNAN, CLERK
                                U.S. District Court
                                Central District of California

                                By: ___*R. L. BYER*___
                                    Deputy Clerk